IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA,      )
                               )
v.                             )   CASE NO. CR416-063
                               )
DE'VON LE'EDWARD WALKER,       )
                               )
     Defendant.                )
                               )
```

## O R D E R

Before the Court is Defendant's Motion to Amend Sentence. (Doc. 66.) After careful consideration of both Plaintiff's Motion to Amend and the record, the Court concludes that Petitioner is entitled to relief. Accordingly, Petitioner's Motion to Amend (Doc. 66) is **GRANTED**.

In this Court's judgment on revocation as to Defendant, it was recorded that Defendant admitted guilt as to Violation Number 1 and Violation Number 2. (Doc. 65 at 1.) However, the record demonstrates that Defendant and the Government only entered into a stipulation that Defendant violated a term and condition of his supervised release as to Violation Number 2. (Doc. 62 at 1.) Accordingly, the judgment contains a scrivener's error in so far as it states that Defendant admitted guilt as to Violation Number 1. Pursuant to Federal Rule of Criminal Procedure 36, a

court may "at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission" after giving any notice it considers appropriate. In this case, Defendant filed a motion seeking a correction and amendment of the judgment (Doc. 66) and the Government has responded and voiced that it has no opposition to Defendant's motion (Doc. 67). Accordingly, Defendant's motion (Doc. 66) is **GRANTED**. The Court will enter a corrected judgment on revocation.

SO ORDERED this 10th day of June 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2