GAS 245D      (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>De'Von Le'Edward Walker<br><br>**Date of Original Revocation Judgment:** May 19, 2020<br>**Reason for Amendment:** Correction of Sentence for Clerical Mistake<br>(Fed.R.Crim.P. 36) | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:   4:16CR00063-1<br><br>USM Number:   21408-021<br><br>Arvo Howard Henifin<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of a mandatory condition of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of this offense:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | December 14, 2018 |

The defendant is sentenced as provided in Page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court makes no finding as to Violation Number 1 and that violation is discharged.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec:   6081

Defendant's Year of Birth:   1994

City and State of Defendant's Residence:

Savannah, Georgia

June 10, 2020
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

JUNE 15, 2020
Date

GAS 245D      (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 2

DEFENDANT:     De'Von Le'Edward Walker
CASE NUMBER:   4:16CR00063-1

## IMPRISONMENT

☒ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 months, to be served consecutively to the custodial sentence in United States District Court Case Number 4:19CR00127- 1, and consecutively to any sentence imposed upon revocation of his state term of probation in Chatham County Docket Number CR152035.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant receive credit for all time served since his arrest for the instant violation on January 22, 2019.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL